UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH HALL,

                              Plaintiff,

           -v-

RCPI 600 FIFTH HOLDINGS, L.L.C.,

                             Defendant.

20 Civ. 7560 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      At today's initial pretrial conference, plaintiff's counsel indicated that plaintiff likely intends to join the Patina Restaurant Group as a defendant. To enable the case to move promptly forward, the Court directs plaintiff to amend the complaint to that effect and serve the amended complaint on Patina Restaurant Group forthwith.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 18, 2020
         New York, New York